**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Claimant
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JACK HAROUN<br><br>  Defendant | CASE NO. 2:10-CR-260-JAM<br><br>**STIPULATION AND ORDER MOVING STATUS CONFERENCE OFF CALENDAR AND SETTING CHANGE OF PLEA DATE**<br><br>DATE: April 3, 2012<br>TIME: 9:30 AM<br>COURT: Courtroom 6 |

IT IS HEREBY stipulated between Defendant Jack Haroun, by and through his attorney, Alex R. Kessel and the United States of America, by and though its attorney, Assistant U.S. Attorney Steven Lapham, that the status conference be moved off calendar and a change of plea date be set in this matter for May 1, 2012, 9:30 a.m. in Courtroom 6.

Counsel began trial on April 2, 2012 in the matter of People vs. Raul Pedroza, case number GA070794 in Department 109 of the Los Angeles County Superior Court, Clara Shortridge Foltz Criminal Justice Center in Los Angeles. This is a single-defendant murder case wherein the defendant is in custody. The length of this trial is unknown.

Defendant has signed a revised plea agreement and a change of plea date is needed.

The government has no objections.

PDF created with pdfFactory trial version www.pdffactory.com

The parties stipulate and agree that these are complex cases within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial 18 U. S. C. § 3161 (h) (7) (A), and therefore defendant agrees to exclude time under the Speedy Trial Act from the date of the filing of the order until the date of the new status conference.

Dated: April 2, 2012                                        Respectfully submitted,

                                                            /s/ Alex R. Kessel
                                                            ALEX R. KESSEL
                                                            Attorney for Defendant
                                                            Jack Haroun

Dated: April 2, 2012

                                                            /s/ Steven Lapham
                                                            STEVEN LAPHAM
                                                            Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED.

Dated: 4/2/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United State District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com