1 **ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
2 Suite 1208
Encino, California 91436-2746
3 Telephone: (818) 995-1422
Facsimile: (818) 788-9408
4

5 Attorney for Defendant
**JACK HAROUN**
6

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.: 10-CR-00260-JAM** |
| Plaintiff, | **STIPULATION RE: PERMISSION FOR DEFENDANT TO LEAVE CENTRAL DISTRICT JURISDICTION; ORDER THEREON** |
| vs. | |
| JACK HAROUN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between plaintiff, the UNITED STATES OF AMERICA, and defendant JACK HAROUN, through his counsel of record that:

1. Defendant Jack Haroun be permitted to leave the jurisdiction of the Central District of California for a cruise with his wife. Mr. Haroun will depart from Fort Lauderdale, Florida, to the Eastern Caribbean from May 12, 2013, to May 19, 2013, for a period of 7 days;

2. Defendant Jack Haroun, upon arriving in Fort Lauderdale, Florida shall contact his pretrial services officer and advise them of the defendant's location before boarding the cruise to the Eastern Caribbean; and

1

3. Defendant Jack Haroun, upon return to his place of residence in the Central District shall contact his pretrial services officer and advise them of defendant's return from the Eastern Caribbean.

4. The Government has no opposition to Mr. Haroun's travel.

5. Pretrial Services has no position on international travel and will refer to the Judge in this matter.

6. While on pretrial supervision, defendant has had no violations.

7. Defendant's passport be release from pretrial services to him for purpose of the cruise. Passport must be returned upon arrival from the trip to pretrial officer Michelle Ries.

DATED: May 3, 2013

                                          /S/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant,
JACK HAROUN

DATED: May 3, 2013

                                          /s/ Robert S. Lapham
Robert S. Lapham
Assistant United States Attorney
for Plaintiff, UNITED STATES OF AMERICA

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: May 6, 2013       /s/ John A. Mendez
JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT JUDGE