1  **ALEX R. KESSEL (State Bar No. 110715)**
   **LAW OFFICES OF ALEX R. KESSEL**
2  15910 Ventura Blvd.
   Suite 1030
3  Encino, California 91436-2746
   Telephone: (818) 995-1422
4  Facsimile: (818) 788-9408

5  Attorney for Defendant,
   **JACK HAROUN**

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. CR-10-260-JAM |
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| v. | Current Sentencing Date |
| **JACK HAROUN,** | DATE: 09/24/2013 |
| | TIME: 9:45AM |
| Defendant. | PLACE: Honorable John A. Mendez, Judge of the United States District Court |

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the sentencing hearing presently set for September 24, 2013, at 9:45 a.m., be continued to November 19, 2013, at 9:45 a.m.

DATED: 9/19/ 2013    /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ,
JUDGE OF THE UNITED STATES DISTRICT COURT

1