**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd.
Suite 1030
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408

Attorney for Defendant,
**JACK HAROUN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. CR-10-260-JAM |
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| v. | Current Sentencing Date |
| **JACK HAROUN,** | DATE: November 19, 2013 |
| | TIME: 9:45AM |
| Defendant. | PLACE: Honorable John A. Mendez, Judge of the United States District Court |

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the sentencing hearing presently set for November 19, 2013, at 9:45 a.m., be continued to January 28, 2014, at 9:45 a.m.

DATED: 11/14/ 2013        /s/ John A. Mendez
                          HONORABLE JOHN A. MENDEZ,
                          JUDGE OF THE UNITED STATES DISTRICT COURT

1